**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD CADA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-566 |
| | ) | |
| FEDERAL EXPRESS | ) | Removal from the Circuit Court of |
| CORPORATION and | ) | Cook County, Illinois |
| BRIAN SCHLOMAS | ) | Case No. No. 2021-L-008267 |
| | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF REMOVAL

Defendant Federal Express Corporation submits this notice of removal of the civil action entitled *Ronald Cada v. Federal Express Corporation and Brian Schlomas,* Case No. 2021-L-008267, from the Circuit Court of Cook County, Illinois where it is now pending, to the United States District Court for the Northern District of Illinois, Eastern Division. In accordance with 28 U.S.C. § 1446(a), Defendant provides the following basis in support of removal:

### TIMELY REMOVAL

1. On August 17, 2021, Plaintiff filed a Complaint in Cook County Circuit Court, entitled *Ronald Cada v. Federal Express Corporation and Brian Schlomas,* Case No. 2021-L-008267 (the "State Court Action").

2. Defendant was served with a copy of the Complaint on September 2, 2021.

3. On January 13, 2022, Plaintiff filed his First Amended Complaint, alleging a federal question.

4. Pursuant to 28 U.S.C. 1446(a), a complete copy of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as Exhibits A – W.

5. Plaintiff's Complaint raised a sexual harassment claim under the Illinois Human Rights Act (Count I) and a claim under Illinois state law for intentional infliction of emotional distress ("IIED") (Count II). (*See* Exhibits A – W).

6. Plaintiff's First Amended Complaint raises a sexual harassment claim under Title VII of the Civil Rights Act of 1964 (Count I) and a claim under Illinois state law for intentional infliction of emotional distress (Count II). (*See* Exhibits A – W).

7. Defendant appeared in the State Court Action, filed its answer, and a motion to dismiss the IIED claim.

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was filed within 30 days after receipt by Defendant of the Amended Complaint.

## VENUE

9. The Circuit Court of Cook County, Illinois is located within the Northern District of Illinois, Eastern Division. 28 U.S.C. § 93. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## FEDERAL QUESTION JURISDICTION

10. This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

11. Plaintiff's Complaint alleges that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and asserts a related IIED claim under Illinois state law.

12. By asserting claims under federal law, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331. Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

**SUPPLEMENTAL JURISDICTION**

13.   This Court has supplemental jurisdiction over Plaintiff's state law IIED claim. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims that are so related to Plaintiff's federal cause of action "that they form part of the same case or controversy under Article III of the United States Constitution."  State law claims fall within this Court's supplemental jurisdiction when they share with the federal claims "a common nucleus of operative fact … such that [the plaintiff] would ordinarily be expected to try them all in one judicial proceeding."  *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).

14.   Here, Plaintiff's state law IIED claim relates closely to his Title VII claim. The claims all arise out of a common nucleus of operative facts: the alleged sexual harassment. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.  Moreover, there is no reason why this Court should not exercise supplemental jurisdiction over Plaintiff's state law claim.  Plaintiff's state law claim neither raises novel or complex issues of State law nor predominates over the claims over which this Court has original jurisdiction, and there are no exceptional circumstances or other compelling reasons for this Court to decline supplemental jurisdiction.  *See* 28 U.S.C. § 1367(c).  Thus, removal is proper under 28 U.S.C. § 1441(c).

**RESERVATION OF RIGHTS**

13.   Defendant's filing of this Notice of Removal is not intended, nor should be construed, as any type of express or implied admission by Defendant of any fact, of the validity or merits of any of Plaintiff's claims and allegations, or of any liability for the same, all of which is/are hereby expressly denied, or as any type of express or implied waiver or limitation of any of

3

Defendant's rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved.

### CONCLUSION

13.     Defendant timely removes this case to federal court pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446 based on federal question and supplemental jurisdiction.

14.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of the filing of the Notice of Removal to Plaintiff and will file a copy of this Notice with the Clerk of the Circuit Court of Cook County, Illinois.

**WHEREFORE**, Defendant Federal Express Corporation respectfully requests that this litigation be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: January 31, 2022

Respectfully submitted,

FEDERAL EXPRESS CORPORATION

By:____s/ Barak J. Babcock_____
Barak J. Babcock (TN Bar No.: 024021)
Admitted to Court's Trial Bar
3620 Hacks Cross Road
Building B - 3rd Floor
Memphis, TN 38125
Telephone: 901-434-8523
Facsimile: 901-492-9930
Email: barak.babcock@fedex.com
and
Taylor Rollinson, Bar No. 6293657
Ogletree, Deakins, Nash, Smoak & Stewart
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: (312) 558-3142
taylor.rollinson@ogletree.com

*Attorneys for Federal Express Corporation*

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing Notice of Removal was served via e-mail on counsel of record as follows:

Anthony Cuda
Adriana M. Preston
CUDA LAW OFFICES, LTD.
6525 North Avenue, Suite 204
Oak Park, Illinois 60302
Telephone: (708) 383-4900
ACuda@cudalaw.com
APreston@cudalaw.com

This 31st day of January 2022.

s/ Barak J. Babcock
Barak J. Babcock